#### THOMAS F. DAZEY, et al., v. CITY OF MIAMI BEACH

23 So. (2nd) 732            June Term, 1945
November 16, 1945            Division B
Rehearing denied December 3, 1945

*Charles Padgett,* for appellants.

*Ben Shepard* and *Glenn C. Mincer,* State Attorney, for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.